BRIAN M. GROSSMAN (SBN 166681)
TESSER & RUTTENBERG
12100 Wilshire Boulevard, Suite 220
Los Angeles, California 90025
Telephone:  (310) 207-4022
Facsimile:   (310) 207-4033
bgrossman@tesser-ruttenberg.com

Attorneys for Plaintiff
ERNEST LEE STRAUGHTER

PETER J. ANDERSON (SBN 088891)
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, California 90401
Telephone:  (310) 260-6030
Facsimile:   (310) 260-6040
pja@pjanderson.com

Attorneys for Defendants
ARISTA RECORDS, LLC
ZOMBA RECORDING LLC and
SONY BMG MUSIC ENTERTAINMENT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE STRAUGHTER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>USHER RAYMOND, IV, an individual, et al.,<br><br>　　　　　Defendants. | CASE NO.  CV-08-2170 CAS (CWx)<br><br>[Hon. Christine A. Snyder]<br><br>**STIPULATION RE DISCOVERY SERVED ON PLAINTIFF**<br><br>Complaint Filed: April 1, 2008<br><br>Trial Date: None Set |

## STIPULATION

WHEREAS, on or about October 27, 2008, defendants Arista Records, LLC ("Arista"), Zomba Recording LLC ("Zomba") and SONY BMG Music Entertainment ("SONY Music") served upon plaintiff Ernest Lee Straughter ("Straughter") their first set of Requests for Admissions and first set of Request for Production of Documents, and defendant Arista served its first set of Interrogatories (collectively, the "Outstanding Discovery");

WHEREAS, a dispute has arisen between Straughter on the one hand, and Arista, Zomba and SONY Music (collectively, the "SONY Defendants") on the other, as to the effect of Straughter's failure to respond to the Outstanding Discovery;

WHEREFORE, Straughter and the SONY Defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. That the accompanying Order be entered by the Court;

2. To the extent that Straughter has admitted each of the Requests for Admissions served on him by the SONY Defendants by failing to timely respond thereto, said admissions shall be withdrawn pursuant to Fed. R. Civ. P. 36(b);

3. Straughter shall serve full and complete responses to the Outstanding Discovery on or before April 30, 2009, without objection (other than attorney-client and work product objections, where appropriate);

4. Straughter shall produce all documents responsive to the Request for Production on or before April 30, 2009; and

///
///
///
///
///

     5.    Straughter shall serve a Privilege Log of all documents withheld from production, if any, on or before April 30, 2009.

DATED: April 9, 2009        TESSER & RUTTENBERG
                                        BRIAN M. GROSSMAN

                                        /s/ Brian M. Grossman
                                        Attorneys for Plaintiff
                                        ERNEST LEE STRAUGHTER
                                        E-mail: bgrossman@tesser-ruttenberg.com

DATED: April 9, 2009

                                        PETER J. ANDERSON
                                        LAW OFFICES OF PETER J. ANDERSON
                                        A Professional Corporation
                                        Attorneys for Defendants
                                        ARISTA RECORDS, LLC
                                        ZOMBA RECORDING LLC and
                                        SONY BMG MUSIC ENTERTAINMENT
                                        E-mail: pja@pjanderson.com