**LAWRENCE FERRARA, INC.**
**MUSIC ANALYSIS**
**17 HOBART AVENUE**
**SHORT HILLS, NEW JERSEY 07078**
**Tel. (973) 467-5080 EMAIL: LAWRENCE.FERRARA@NYU.EDU**

## RESPONSE TO THE REPORTS OF

## GEORGE S. SAADI AND BARRY E. DOWNES

This report consists of three parts:

A.  Introduction and Summary (pages 1 - 4);

B.  Discussion (pages 4 - 42); and

C.  Conclusions (pages 42-43).

## INTRODUCTION AND SUMMARY

1.  I have been asked to respond to reports written by George S. Saadi dated June 24, 2011 and Barry E. Downes dated June 29, 2011.  My review of their reports and attachments has not changed the findings and conclusions in my October 26, 2010 report.  Therein and on the basis of my musicological analysis, I found that "No More Pain" and "Burn" do not share any significant structural, harmonic, rhythmic, melodic, or lyrical similarities, individually or in the aggregate.  Furthermore, to the extent that there are any similarities, those similarities are not significant, represent ideas and building blocks in music, and are heard within a context of substantial differences.  On the basis of my musicological analysis it is my professional opinion that:  (1) there are no musicological grounds to support a claim that "No More Pain" and "Burn," or any portion of these compositions, are either substantially or strikingly similar; (2) any similarities that may exist between "No More Pain" and "Burn" do not suggest that "Burn" copied or

1

was influenced by any expression in "No More Pain," and (3) any similarities that may exist between "No More Pain" and "Burn" are the result of coincidence.

2.   It is my understanding that "No More Pain" was originally entitled "The Reasons Why."  Subsequent to completing my October 26, 2010 report, I received a CD from Defendants' counsel that was represented as a copy of the Deposit Copy of "No More Pain," entitled "The Reasons Why."  I was asked to complete a comparative analysis of the musical and lyrical composition in "The Reasons Why"[1] and "No More Pain."[2]  I found that both compositions are largely the same.  Differences are mostly limited to the "lead voice" part in the second half of "The Reasons Why."  The Deposit Copy is recorded a half step higher than "No More Pain."  In addition, the improvisational singing in the lead voice that ends the "The Reasons Why" and "No More Pain" is extended "No More Pain."  The differences in the lead voice and the extension of the ending do not bear upon the claimed similarities at issue.  On that basis, all references to PAIN in this response to Mr. Saadi's report will refer to both "The Reasons Why" and "No More Pain" unless otherwise noted.  In addition, hereafter, "Burn" will be referred to as BURN.[3]

3.   Mr. Saadi's report is little more than a subset of the report of Dr. Cheryl L. Keyes, a report which I understand the Court has excluded.  Although Mr. Saadi does not mention several similarities identified by Dr. Keyes, virtually every one of the purported similarities that he describes comes from Dr. Keyes' report. Like Dr. Keyes, Mr. Saadi finds substantial similarities and striking similarities based solely on (1) musical ideas and building blocks, (2) and so-called, "melodic sequences," which, in reality, are mere pitch sequences stripped of their very different rhythmic durations.  The musical ideas and building blocks cited by Mr. Saadi, both individually and in the

---

[1]  The sound recording of "The Reasons Why" which I understand is the Deposit Copy of Plaintiff's work is attached to this report as Track 1 on **Audio Exhibit 3**.

[2]  The sound recording of "No More Pain" which I understand is the version of Plaintiff's work that was released by the group Reel Tight is attached as Track 2 on **Audio Exhibit 3**.

[3]  The sound recording of BURN is attached as Track 3 on **Audio Exhibit 3**.

aggregate, are not original to PAIN and, in any event, are used and expressed very differently in PAIN and BURN.  In addition, because melody is comprised of pitch and rhythm and because Mr. Saadi has not addressed the rhythmic durations of the pitch sequences he has identified, these pitch sequences do not reflect melodic similarities between PAIN and BURN.[4] Indeed, the pitch sequences reveal no meaningful similarities at all between PAIN and BURN because (1) the pitch sequences themselves are different; (2) the rhythmic durations of the pitch sequences are different; and (3) the harmonic contexts in which the sequences appear are different.  Like Dr. Keyes, Mr. Saadi ignores the differences in the pitch sequences he places in issue and fails to offer comparative analyses of either the rhythmic elements in the pitch sequences or the harmony that surrounds and provides harmonic context for these pitch sequences.

4.  Mr. Downes' prior art report does not establish the originality of any musical expression that Mr. Saadi attempts to place at issue.  Among other things, Mr. Downes' conclusions are based on his quantitative search of a database of preexisting musical works that contains but a fraction of the universe of musical works that predate PAIN.  Furthermore, Mr. Downes relies on pitch sequence alone and, therefore, his analysis does not take into account numerous and critical musicological components, including rhythm, harmony, tempo and key, rendering his findings fundamentally flawed.  Putting aside those shortcomings, Mr. Downes' conclusions harm, rather than help, Plaintiff because they reflect that (1) *many* musical works pre-dating PAIN and BURN contain pitch sequences that are the same or similar to three of the pitch sequences in PAIN and BURN that Mr. Saadi identifies in his report, strongly suggesting that these pitch sequence are not original to PAIN or BURN; and (2) the pitch sequences in PAIN and BURN that Mr. Saadi identifies and Mr. Downes analyzes yielded completely different prior art examples – *i.e.*, Mr. Downes did not identify one preexisting musical work containing a pitch sequence at issue from PAIN that also contains a pitch sequence at

---

[4] In its definition of "melody," the *Harvard Dictionary of Music* (Fourth Edition, 2003) stipulates: "It is obviously impossible to separate rhythm completely from melody, since every pitch must have a duration, and duration is part of rhythm." (page 500)

issue from BURN – confirming that the pitch sequences at issue in PAIN and BURN are very different from each other.

## DISCUSSION REGARDING THE REPORT OF GEORGE S. SAADI

<u>18-bar Introductions</u>

5.  Following Dr. Keyes, Mr. Saadi finds the use of an 18-bar[5] Introduction is "highly unusual" and "rare in popular music of any genre."  (Saadi report paragraph 30) However, the use of an 18-bar Introduction is a musical idea that has been widely used in popular and other music genres, and its use is not suggestive of copying.   As noted in my Response to Dr. Keyes, "Nobody Knows" (1990) and "Can't Take It With You" (1979) by The Allman Brothers Band begin with Introductions that are 18 bars followed by a Verse that starts in bar 19.  (See the published sheet music to both songs in **Visual Exhibit A** attached to this report.)

6.  In addition to the two Allman Brother Band songs, the following eight (8) popular songs begin with an 18-bar Introduction:

- "Don't Take Me Down" (released in 1992 by Wilson Phillips)[6];
- "Can't Get Enough of Your Love, Babe" (released in 1974 by Barry White)[7];
- "Ruby Baby" (©1955, a cover released in 1982 by Donald Fagen)[8];
-  "Man We Was Lonely" (released in 1970 by Paul McCartney)[9];

---

[5]  A "bar" is a unit of musical time demarcated by "bar lines" which are vertical lines in musical scores.  The meter in "Over" and "Alone" is 4/4 time (also known as "common time") in which there are 4 beats per bar.

[6]  A sound recording of "Don't Take Me Down" is attached as Track 1 on **Audio Exhibit 1**.

[7]  A sound recording of "Can't Get Enough of Your Love, Babe" is attached as Track 2 on **Audio Exhibit 1**.

[8]  The published sheet music for "Ruby Baby" is in **Visual Exhibit A** and the 1982 Donald Fagen sound recording cover of this song is attached as Track 3 on **Audio Exhibit 1**.

[9]  The published sheet music for "Man We Was Lonely" is in **Visual Exhibit A** and the sound recording is attached as Track 4 on **Audio Exhibit 1**.

- "American Pie" (released in1971by Don McLean)[10];
- "St. Louis Blues" (© 1914, a live cover in 1959 by Louis Armstrong)[11];
- "Pinball Wizard" (© 1969, written by Pete Townshend, a cover released in 1975 by Elton John)[12]; and
- "Dixie Flyer" (released in 1988 by Randy Newman)[13] .

7.   The musical idea of an 18-bar Introduction is not only widely used in popular music, it is also commonly used in classical music.  The following five (5) classical works begin with an 18-bar Introduction:

- "Praeludium" (by John Bull, b.1562 - d.1628)[14];
- "Symphonie #VI, Pathetique" (1893 by Peter Tschaikowksy)[15];
- "Morceaux de Salon" for piano, Opus 10, No. 5 (1893-94 by Sergei Rachmaninov)[16];
- "Oedipus Tyrannus of Sophocles, First Chorus" (1895 by John Knowles Paine)[17]; and
- "Sonata Eroica No. 2 (1895 by Edward A. MacDowell)[18]

---

[10]  The published sheet music for "American Pie" is in **Visual Exhibit A** and the sound recording is attached as Track 5 on **Audio Exhibit 1**.

[11]  The sound recording of "St. Louis Blues" is attached as Track 6 on **Audio Exhibit 1**.

[12]   Sheet music of the Introduction and other parts of "Pinball Wizard" as performed by Elton John is from www.EltonsCafe.com and is in **Visual Exhibit A**. The sound recording is attached as Track 7 on **Audio Exhibit 1**.

[13]  The published sheet music for "Dixie Flyer" is in **Visual Exhibit A** and the sound recording is attached as Track 8 on **Audio Exhibit 1**.

[14]  The opening portion of the published sheet music for "Praeludium" is in **Visual Exhibit B**.

[15]  The opening portion of the published sheet music for "Symphonie #VI" is in **Visual Exhibit B**.

[16]  The published sheet music of the 5th piano piece in "Morceaux de Salon" is in **Visual Exhibit B**.

[17]  The opening portion of the published sheet music for "Oedipus Tyrannus…" is in **Visual Exhibit B**.

8.  Following Dr. Keyes, Mr. Saadi finds the use of musical arrangement ideas in the Introductions in PAIN and BURN "extraordinarily unusual."  (Saadi, paragraph 34) For example he opines that the 18-bar Introductions in PAIN and BURN "are divided into two segments; one 10 measures in length and the other 8 measures long."  (Saadi, paragraph 30)  Yet Mr. Saadi concedes that the "…phrasing of melodies within the segments of the introductions [in PAIN and BURN] varies."  (Saadi, paragraph 34) While the phrasing of those melodies does vary significantly, his concession glosses over the significant structural differences between the Introduction in PAIN and the Introduction in BURN.

9.  First and as noted in my October 2010 report, the phrase structures within the 18-bar Introductions in BURN and PAIN are not the same as charted immediately below.

|            | PAIN: Introduction | BURN: Introduction |
|------------|--------------------|--------------------|
| Phrase 1:  | 4 bars             | 2 bars             |
| Phrase 2:  | 4 bars             | 4 bars             |
| Phrase 3:  | 2 bars             | 4 bars             |
| Phrase 4:  | 4 bars             | 4 bars             |
| Phrase 5:  | 4 bars             | 4 bars             |

The phrase structure of the first 10 bars in PAIN is marked by the development of a vocal melody, but there is no vocal melody at all in the first 10 bars in BURN. Moreover, in contrast to PAIN, Phrase 1 (bars 1-2) in BURN consists of sound effects with no melody or chords at all.  Thus, the first 2 bars in BURN stand alone and are

---

[18]  The opening portion of the sheet music for "Sonata Eroica No. 2" is in **Visual Exhibit B**.

quite structurally different from the corresponding 4-bar Phrase 1 in PAIN.  Phrase 1 (bars 1-2) in BURN simply set up an atmosphere through the use of special sound effects.  This is substantially different from the beginning of PAIN in which there is a 4-bar (not 2-bar) phrase with a developing melody and full harmonies.

10.   In fact, given the autonomy of the 2-bar sound-effects opening in BURN, the Introduction in BURN can be considered a 2-bar segment followed by two, 8-bar segments – 2 + 8 + 8 – for a total of 18 bars. In addition, Mr. Saadi does not offer any similarities in melodic or rhythmic expression in the entire 18-bar Introduction in PAIN and BURN.

11.   In fact, dividing an 18-bar Introduction into 10-bar and 8-bar segments is not unique or original.  For example, the 18-bar Introduction in "Pinball Wizard" as performed by Elton John and cited above is clearly divided into a 10-bar segment followed by an 8-bar segment, and the 18-bar Introduction in "Don't Take Me Down" by the group, Wilson Phillips, also cited above, is clearly divided into a 10-bar segment followed by an 8-bar segment.  Thus, dividing an 18-bar Introduction into 10-bar and 8-bar segments is neither unique nor original.

<u>"Strings enter at bar 3"</u>

12.   Following Dr. Keyes, Mr. Saadi offers that the "…strings enter at bar 3" in the Introductions in PAIN and BURN.  (Saadi, paragraphs 30 and 31)  This arrangement idea is not meaningful.  Furthermore, the overall phrase structure and spatial organization within each Introduction in which strings (or a string-like synthesizer) enter is very different in PAIN and BURN.  In PAIN, the string synthesizer enters in the midst of and as a counterpoint to the development of the vocal melody commencing in Phrase 1 (bars 1-4). But, in BURN the string synthesizer enters after non-melodic sound effects in bars 1 and 2. Thereby and by way of significant difference, the entrance of the string synthesizer in bar 3 in BURN provides its first melodic expression.  Thus, the entrances of the string synthesizers have very different structural functions.   These substantial differences in phrase structure and musical expression are demonstrated on Track 1 of

**Audio Exhibit 2** in which the first 4 bars in the Introductions in PAIN and BURN are placed side-by-side.

13.   Moreover, the melodic expression (consisting of sequences of pitches and their rhythmic durations) in the string synthesizers is substantially different in PAIN and BURN.  Beginning with the *pitches*, I have charted them as scale degrees immediately below, based on transcriptions of PAIN and BURN attached to Mr. Saadi's report.

<u>Sequences of pitches in the string synthesizers bars 3 – 10 and 11-18</u>

|  | bars 3-10 | bars 11-18 |
|---|---|---|
| PAIN: | 5 6 5 4 3 2 2 | 5 6 5 1 6 |
| BURN: | 3 5 1 2 3 7 3 2 4 3 2 1 | 3 5 1 2 3 7 3 2 4 3 2 1 |

While the *pitch sequences* charted above are clearly and substantially different, the full transcription of BURN attached to Mr. Saadi's report (see his **Visual Exhibits B** and **D**) reveal even greater differences because they show that the pitch sequence in BURN contains ornamental notes that are not present in PAIN.  For the sake of clarity in the chart above, I have not added these additional differences in scale degrees representing ornamental notes in BURN.

14.   Moreover, the *rhythmic durations* of the pitch sequences in the string synthesizers are substantially different in PAIN and BURN.  Immediately below, the rhythmic duration of each pitch in the corresponding order in which it appears is charted.  Therein, "sd" in the chart stands for "scale degree."  The order of scale degrees follows the pitch sequences charted immediately above.

<u>PAIN, bars 3-10</u>          <u>BURN, bars 3-10</u>

sd "5": 6 beats          sd "3": 4 beats
sd "6": 2 beats          sd "5": 4 beats
sd "5": 4 beats          sd "1": 6 beats
sd "4": 4 beats          sd "2": 2 beats
sd "3": 2 beats          sd "3": 4 beats
sd "2": 2 beats          sd "7": 4 beats
sd "2": 12 beats         sd "3": 4 beats
                         sd "2" 2 beats
                         sd "4" ½ beat
                         sd "3" ½ beat
                         sd "2" ½ beat
                         sd "1" ½ beat


<u>PAIN, bars 11-18</u>          <u>BURN, bars 11-18</u>

sd "5": 14 beats         sd "3": 4 beats
sd "6": 2 beats          sd "5": 4 beats
sd "5": 8 beats          sd "1": 6 beats
sd "1": 4 beats          sd "2": 2 beats
sd "6": 4 beats          sd "3": 4 beats
                         sd "7": 4 beats
                         sd "3": 4 beats
                         sd "2" 2 beats
                         sd "4" ½ beat
                         sd "3" ½ beat
                         sd "2" ½ beat
                         sd "1" ½ beat

9

Not one of the corresponding 12 pitches in PAIN and BURN has the same rhythmic duration.  Thus, the melodic expression, which consists of sequences of pitches and rhythmic durations, is fundamentally and substantially different in the "strings" in bars 3-18 in PAIN and BURN.

15.  In addition, in BURN, the melody in the string synthesizer in bars 3-10 is repeated in bars 11-18.  However, in PAIN, the melody in the string synthesizer in bars 3-10 is *not* repeated in bars 11-18.  This represents another structural and melodic difference in the "strings" specifically, and the Introductions more broadly in PAIN and BURN.

<u>"Arpeggiated guitars enter at bar 11"</u>

16.  Following Dr. Keyes, Mr. Saadi offers that "…arpeggiated guitars enter at bar 11" in the Introductions in PAIN and BURN.[19]  (Saadi, paragraphs 31 and 32) However, as per the transcription of "No More Pain" attached to Mr. Saadi's report (see his **Visual Exhibits A** and **C**),[20] the guitar in "No More Pain" enters at bar 5 "plucking" individual notes.  (See Mr. Saadi's paragraph 33 regarding "plucking" notes)  Furthermore, when the three "plucked" notes in bar 5 are connected to the single "plucked" note in bar 8, those four notes represent an arpeggiated A minor chord.  By way of difference, there are no notes at all in the guitars in BURN in bars 5-8.  In fact, the guitar enters in BURN in bar 10 playing a descending scale (along with 2 synthesizer parts), but the guitars are not playing in "No More Pain" in bar 10 at all.

---

[19]  In an "arpeggio," the notes of a chord are played individually, rather than simultaneously. Arpeggios are a building block in music and are exceedingly commonplace in guitar playing.

[20]  Mr. Saadi attached my transcription of "No More Pain" to his report (as **Visual Exhibits A** and **C**) and wrote:  "In the case of *No More Pain* and *Burn*, I have deliberately relied upon the transcriptions (in original keys and transposed into the key of C) prepared by Defendants' own expert, Dr. Ferrara…"  (Saadi, paragraph 8, emphasis in original)  Mr. Saadi continues that in the case of the Deposit Copy of "The Reasons Why," he reviewed and follows the transcription prepared by Dr. Keyes.  However, the transcribed guitar parts in "The Reasons Why" and "No More Pain" attached to Mr. Saadi's report are not the same.  Therefore, for the sake of clarity, in my analysis of the guitar parts in the Introductions, I will refer to the Reel Tight "album" version as "No More Pain" and the Deposit Copy as "The Reasons Why."

17.   Furthermore, there is no transcription of any "plucked" notes in bar 11 in the guitars in "No More Pain" as per the transcriptions attached to Mr. Saadi's report in his **Exhibits A** and **C**.  By way of significant difference, in bar 11 in BURN the guitars play a combination of arpeggiated and step-wise expression.  And, in fact, as noted above, the guitars in BURN do not "enter" in bar 11, they enter in bar 10 playing stepwise, not "arpeggiated" notes.  Thus, the claim that the guitars in BURN "enter" in bar 11 is factually wrong, and, when they do "enter" for the first time in BURN, it is in bar 10 and not playing arpeggios at all.

18.   Moreover, while there is no transcription of any notes in the guitars in bar 11 in "No More Pain," there are only 2 notes transcribed in the guitar parts in bar 12 in PAIN.  However, by way of significant difference, the guitar in bars 11 and 12 in BURN play a combination of arpeggiated and step-wise expression that is fundamentally different from the scant 2 notes transcribed in the guitar parts in bar 12 in "No More Pain."  The significant difference in the transcribed guitar parts in the respective bars 11 and 12 in "No More Pain" and BURN is demonstrated in Track 2 of **Audio Exhibit 2** in which I play the transcribed guitar parts at the piano.[21]

19.   Thus, pursuant to the transcriptions attached to Mr. Saadi's report, the guitars begin "plucking" in bar 5 in "No More Pain" and connected with bar 8 therein, those "plucked" notes represent an arpeggiated A minor chord (on scale degrees 1 3 3 5).  Thus, Mr. Saadi's adopted transcription contradicts his finding the guitar in "enters" at bar 11.  By contrast, the guitar "enters" in BURN in bar 10, not bar 5 and not bar 11. Moreover, the melody in the guitar in BURN that enters in bar 10 consists of descending stepwise scale degrees (4 3 2 1) and rhythmic durations that are significantly different from any expression in the guitars in PAIN.

---

[21]   When using Dr. Keyes' transcription of the Deposit Copy of "The Reasons Why," attached to Mr. Saadi's report as **Visual Exhibit E**, there are substantial differences in the musical expression in the guitar parts in bars 11 and 12 therein as compared with the guitar parts in bars 11 and 12 in BURN.  This is demonstrated in Track 3 of **Audio Exhibit 2** in which I play at the piano, the guitar parts in bars 11 and 12 as transcribed by Dr. Keyes' (as represented in **Visual Exhibit E** in Mr. Saadi's report) and the guitar parts in bars 11 and 12 in BURN as transcribed by me and adopted by Mr. Saadi in his **Visual Exhibits A** and **C**.

20.   Furthermore and by way of example in prior art, in "Don't Take Me Down" (1992) discussed above in connection with its 18-bar Introduction, the guitar enters in bar 4 with a "plucking" arpeggio that is a pickup to bar 5.  Thus, the idea of introducing a guitar arpeggio during an 18-bar Introduction is not unique or original.

"Drums enter at bar 11"

21.   Following Dr. Keyes, Mr. Saadi offers that "…drums enter at bar 11" in the Introductions in PAIN and BURN.  (Saadi, paragraphs 30, 31, and 32)  This arrangement idea is not meaningful and certainly not unique to PAIN.  For example, "Don't Take Me Down" (1992) has an 18-bar Introduction consisting of 10-bar and 8-bar segments.  Therein, the *full* drum beat enters as the pickup to bar 11.  (Please refer to Track 4 on **Audio Exhibit 1**)  More importantly and as per the transcriptions attached to Mr. Saadi's report, the rhythms in the drum parts in bars 11 through 18 in PAIN and BURN are very different.

22.   Thus, given very different rhythmic expression in the drum parts in the respective Introductions in PAIN and BURN, all that Mr. Saadi offers is that the drum parts simply enter at bar 11 which is not unique, original, or meaningful.  Moreover, Mr. Saadi does not report the difference in tempo.  As presented in my report dated October 26, 2010, the tempo in BURN is approximately 120 beats per minute and the tempo in "No More Pain" is 106 beats per minute.  I was not in receipt of the Deposit Copy of "The Reasons Why" at that point in time.  On the basis of my analysis, the tempo of the Deposit Copy of "The Reasons Why" is 109 beats per minute.

*\*\*\*NOT MENTIONED IN MR. SAADI'S REPORT REGARDING THE 18-BAR INTRODUCTIONS*

23.   Based on the transcriptions of PAIN and BURN adopted by Mr. Saadi and attached to his report as **Visual Exhibits A, B, C, D,** and **E**, and the corresponding sound recordings, there are differences with respect to the presence and entrance of instruments in their 18-bar Introductions.  For example, the bass enters at bar 2 in the 18-bar Introduction in PAIN, but the bass in BURN does not enter until bar 19.  Thus, while Mr. Saadi offers that "strings enter at bar 3," he omits the fact that the bass enters

at bar 2 and plays during the 18-bar Introduction in PAIN, but the bass in BURN is absent for the entirety of the 18-bar Introduction.

24.   Furthermore, the electric piano in PAIN enters at bar 1 and is present in every bar throughout the 18-bar Introduction, but there is no piano at all in the Introduction in BURN.  Thus, while Mr. Saadi offers that "drums enter at bar 11," he omits the fact that the electric piano enters at bar 1 and plays throughout the 18-bar Introduction in PAIN, but there is no piano in BURN.

25.   And by further way of example, a flute-like instrument enters playing a melody in bar 4 in BURN, but no new instrument, flute-like or otherwise, "enters" with a melody in bar 4 in PAIN. Thus, while Mr. Saadi offers that "arpeggiated guitars enter at bar 11" (albeit contradictory to the transcriptions of "No More Pain" he adopted and attached to his report), he omits the fact that a flute-like instrument playing a melody "enters" at bar 4 in BURN, but no new instrument "enters" with a melody at bar 4 in PAIN.

26.   In fact, the similar and dissimilar arrangement ideas offered and omitted by Mr. Saadi are not meaningful or suggestive of copying.

"Pickup notes to Verse 1"

27.   Following Dr. Keyes, Mr. Saadi offers that Verse 1 in PAIN and BURN begin with "pickup notes" in bar 18.  (Saadi, paragraphs 33 and 34)  A "pickup" is 1 or more notes that precede the downbeat (1st beat) of the next bar which is the start of a new section or phrase.  Verse 1 in PAIN and BURN commences in bar 19, which is simply a mathematical function of being preceded by an 18-bar Introduction.  Therefore, by definition, a "pickup" to the respective Verse 1 sections must be in bar 18.  Mr. Saadi concedes that "the number and pitches of pickup notes between the songs are not the same."  (Saadi, paragraph 34)  In fact, as per the transcriptions of BURN attached to Mr. Saadi's report, there are three (3) pick-up notes to Verse 1 in BURN and those three pickup notes all repeat scale degree 3.  However, there is a single pick-up note in PAIN (on scale degree 7). Moreover, the rhythmic durations in the pickup notes in BURN (a sixteenth note followed by two thirty-second notes) are completely different from the

13

single eighth note (as per the transcription of "No More Pain"), and even more different from the tied eighth note (as per the transcription of "The Reasons Why") attached to Mr. Saadi's report.

28. The use of a single or multiple pickup notes is exceedingly commonplace. For example, at the end of 18-bar Introductions, a pickup note or notes is in bar 18 in the following prior art works attached to this report in **Visual Exhibit A**:

- "Ruby Baby";
- "American Pie";
- "Pinball Wizard";` and
- "Dixie Flyer".

29. Thus, given very different pitch and rhythmic expression in the pickups in the respective Introductions in PAIN and BURN, all that Mr. Saadi offers is that there is a single pickup note to Verse 1 in PAIN and three pickup notes to Verse 1 in BURN which are different in pitch and rhythm, and which is not unique, original, or meaningful.

"The Overall Structure and Spatial Organization of Both Songs"

30. Following Dr. Keyes, Mr. Saadi opines that "The overall *structure* of both songs is substantially similar." (Saadi, paragraph 35) Mr. Saadi finds that use of a 16-bar Verse, or an 8-bar Bridge, supports a finding of substantial similarity. But that is just a musical idea commonly used in countless popular songs.

31. Mr. Saadi also considers a "fade" out of the final Chorus section worthy of mention. However, a fade out at the end of a popular song is an exceedingly commonplace arranging idea, and a large percentage of popular songs end with a final Chorus section. For example, "Don't Take Me Down" (1992) presented above and attached to this report as Track 1 on **Audio Exhibit 1** also fades during an extended Chorus.

32. Mr. Saadi relegates structural differences between PAIN and BURN to "a variance." (Saadi, paragraph 36) However, in the same paragraph he concedes that Chorus 1 in BURN is twice as long as Chorus 1 in PAIN, and that the final Chorus

14

repeats three times in PAIN but there is only one iteration of the final Chorus in BURN. In addition, as per the structural chart in paragraph 35 in his report, there are 3 Verse sections in PAIN but only 2 Verse sections in BURN and there is 1 Bridge section in PAIN but there are 2 Bridge sections in BURN.  Furthermore, as presented in Mr. Saadi's structural chart, the Bridge in PAIN follows a Verse but the two Bridges in BURN follow a Chorus.  Thus, there are numerous "overall" structural differences as presented by Mr. Saadi.

33.  As noted in my October 2010 report, PAIN and BURN incorporate a commonplace structural idea in music through the use of Introduction, Verse, Chorus and Bridge sections.  The use of this structural idea associated with song templates is analogous to structuring a play or opera in Acts and Scenes.  Thus, an overall structure in which a Verse follows an Introduction and Verses and Choruses interchange thereafter represents a commonplace structural idea and in no way suggests that BURN copied this structural idea from PAIN.  When the specific ordering of the structural sections is dissected (e.g., by simply reviewing Mr. Saadi's structural chart in paragraph 35), numerous structural differences are apparent.  Thus, what is similar is the use of a commonplace overall structural idea, used differently in many respects, in BURN and PAIN.  Thereby, the structural similarities offered by Mr. Saadi are not unique, original, or meaningful.

Pitch Sequences in both songs

*MR. SAADI'S FIRST PITCH SEQUENCE "SIMILARITY"*

34.  As noted in paragraph 3 above, Mr. Saadi claims there is a "melodic sequence" similarity in PAIN and BURN.  However, what Mr. Saadi terms,"melodic sequence" similarity, does not involve similarities *in melody* – which consists of *pitches* plus *rhythmic durations*.  Instead, Mr. Saadi's purported "melodic" similarity is limited to "pitch sequences" that are not the same in PAIN and BURN, and which are set to significantly different rhythmic durations.  Thus, Mr. Saadi's "melodic" nomenclature is not consistent with the accepted definition of "melody," including in *The Harvard Dictionary of Music* cited in footnote 4 above.

35.   As the first pitch sequence he identifies, in paragraphs 37-39 of his report, Mr. Saadi, following Dr. Keyes' analysis of what she termed "Motif B," offers that the pitch sequence "in one of the harmonizing voices" in PAIN has a similarity to a pitch sequence in BURN.  While Mr. Saadi identifies the pitch sequence starting as the "pickup in bar 39" in PAIN, in fact, the 2-note "pickup" in the pitch sequence he transcribes at the top of page 11 in his report starts as a pickup in bar 40 in PAIN, not bar 39.  (Saadi, paragraph 37)  Like Dr. Keyes, Mr. Saadi compares this pitch sequence in PAIN to a pitch sequence that commences as a single note pickup to bar 8 in BURN.

36. The pitch sequence in PAIN is set to the lyrics, "no more pain in my heart," but the pitch sequence in BURN is played by a synthesizer.   Furthermore, as noted by Mr. Saadi, the pitch sequence in PAIN is sung by a "harmonizing voice."  In fact, the first two notes in the pitch sequence Mr. Saadi transcribes are not the notes that one tends to hear as the "melody" in the voice parts:  Mr. Saadi has extracted pitches from a back-up vocal singer, which Mr. Saadi refers to as a "harmonizing voice."  This difference between the opening pitches in the "harmonizing voice" and the upper voice is important because Mr. Saadi has extracted a voice part that, in its opening two notes, is not readily heard as the "melody," but are part of a back-up vocalist.

37.   Accepting, for argument's sake, Mr. Saadi's use of a "harmonizing voice," the pitch sequences he places in issue in PAIN and BURN are charted immediately below.


PAIN Motif B/tag:    1-7-1-1-1-2-3-2-1-6-5

BURN Motif B/tag:   1-7-1-7-1-2-3-2-1


38.   Staying with Mr. Saadi's presentation as charted immediately above, the opening four pitches in Pain are 1-7-1-1 while the opening four pitches in BURN are 1-7-1-7.  The pitch similarity, the sequence 1-7-1, is one of the most common pitch sequences in Western music.  Furthermore, the commonplace 1-7-1 pitch sequence in

16

PAIN is followed by scale degree 1 but, in BURN the 1-7-1 pitch sequence is followed by scale degree 7.  The remaining five pitches (1-2-3-2-1) represent a portion of an ascending and descending major scale, a building block idea in music and one that is present in countless compositions in many genres composed over the last several centuries.

39.  Furthermore, the pitch sequence in PAIN continues after the 1-2-3-2-1 sequence with a 6-5 pitch sequence, but there is no corresponding 6-5 pitch sequence in BURN.  In addition, there are three quick ornamental pitches in BURN as transcribed by Mr. Saadi in his report, but there are no corresponding ornamental pitches in PAIN.  Thus, the pitches preceding and succeeding the 1-2-3-2-1 sequence of pitches in BURN and PAIN are different.

40.  In addition to the significant differences in pitch sequences in Mr. Saadi first pitch sequence "similarity" in PAIN and BURN, there are significant differences in their rhythmic durations and harmonies.

41.  Like Dr. Keyes, Mr. Saadi fails to compare the *rhythmic durations* to which the pitch sequences are set.  There are rhythmic similarities and differences.  Out of eleven pitches in PAIN and nine pitches in BURN, only 5 corresponding pitches have the same rhythmic duration, but the first of those pitches are different in metrical placement.  The rhythms of the other four pitches in BURN are different in rhythmic duration as compared with corresponding pitches in BURN.  In addition, there are two sixteenth notes in PAIN, but there are no sixteenth notes in BURN, and there is a long dotted half-note tied to a quarter note at the end of BURN which is 4 times longer in rhythmic duration than any of the eleven notes in PAIN.

42.  Mr. Saadi also fails to analyze the harmonies (i.e., chord progressions) surrounding and contextualizing the pitch sequences.  Those harmonies that surround the first pitch sequences Mr. Saadi placed in issue are charted immediately below.

| As lettered chords | | | | As Roman numerals | | | |
|---|---|---|---|---|---|---|---|
| PAIN: | Am11 | Fmaj7 | G9(sus4) | | vi11 | IV7 | V9(sus4) |
| BURN: | C | Am7 | F(add9) | Dm | I | vi7 | IV(add9) | ii[22] |

43.  As charted above, not one chord surrounding the pitch sequences is the same in PAIN as compared with BURN.  Thus, the harmony is very different surrounding the pitch sequences.  Furthermore, the harmonic rhythm (i.e., rate of change in the chords) is different:  3 chords are heard during the pitch sequence in PAIN but 4 chords are heard during the pitch sequence in BURN.

44.  These differences in (1) sequences of pitches, (2) rhythmic durations, and (3) harmony are demonstrated on Track 4 of **Audio Exhibit 2** attached to this report.  Therein, the portion of each sound recording that includes an iteration of the pitch sequences placed in issue by Mr. Saadi is presented side-by-side.

45.  After distilling out the different pitches in the first set pitch sequences under discussion in PAIN and BURN, all that is left is a scant and commonplace similarity, namely, a 1-7-1-2-3-2-1 pitch sequence.  Thus, in my professional opinion, there are no musicological grounds upon which one can base a finding of any relevant similarity or copying in what Mr. Saadi has identified as his first pitch sequence similarity.

46.  In order to establish the commonplace status of the scant, stepwise similarity between the two pitch sequences, I provide a number of prior art examples.  The following prior art works incorporate pitch sequences that are similar to the similarity between the pitch sequence in BURN and PAIN.  Moreover, insofar as the pitch sequences Mr. Saadi identified in PAIN and BURN have significant rhythmic and harmonic differences, the prior art needs only to incorporate a pitch sequence that is similar to the 1-7-1-2-3-2-1 pitch sequence similarity described above.

---

[22]  There are no chords in the first iteration of the melodic sequence in BURN commencing in bar 7.

47.  To begin, I have attached as **Visual Exhibit C**, transcriptions of excerpts from 23 folk songs or classical works that incorporate a 1 7 1 2 3 2 1 sequence of pitches.  Scale degrees identifying those pitches are hand-written over the corresponding notes.

48.  In addition, the following seven (7) popular songs include pitch sequences that are similar to the similarity between the sequence of pitches in BURN and PAIN under discussion.  Published sheet music is attached in **Visual Exhibit D**.  Scale degrees are hand-written over the corresponding notes.

- "Little Jeannie", 1980, recorded by Elton John;
- "One Sweet Day", 1995, recorded by Mariah Carey and Boyz II Men;
- "Stay", 1960, written by Maurice Williams, recorded by Frankie Valli & The Four Seasons;
- "My Heart Will Go On (Love Theme from *Titanic*)",1997, recorded by Celine Dion;
- "The Greatest Love of All", 1977, recorded by George Benson and later by Whitney Houston;
- "Breathe Again", 1993, written by Babyface, recorded by Toni Braxton; and
- "Slow Jam", 1983, and a cover version in 1997 by Usher.

49.  Thus, 23 folk and classical works and 7 popular songs, for a total of 30 prior art works, have been presented regarding Mr. Saadi's first pitch sequence similarity. These 30 prior art works establish that the sequence of similar pitches distilled from the pitch sequences in PAIN and BURN, is commonplace.  Furthermore, this commonplace pitch sequence similarity is set to significantly different rhythmic durations and chords. Thus, the differences in the musical expression in and surrounding Mr. Saadi's first pitch sequence far exceed the scant and commonplace similarity.

*MR. SAADI'S SECOND PITCH SEQUENCE SIMILARITY*

50.  Following Dr. Keyes' analysis of what she termed "Motif C," in paragraph 40 of his report Mr. Saadi finds similarities in the following pitch sequences in PAIN and

BURN; he identifies two pitch sequences in BURN which I will label BURN #1 and
BURN #2 for the sake of clarity.

PAIN:          5 3 3 3 2 2 1

BURN #1:    5 5 4 3 3 2 1 1 2 2 1
BURN #2:    5 4 3 1 2

51.   Staying with Mr. Saadi's presentation as charted immediately above, the
second pitch sequence he places in issue consists of 7 pitches in PAIN but 11 pitches in
BURN #1 (5-5-4-3-3-2-1-1-2-2-1) and five pitches in BURN #2 (5-4-3-1-2).  However,
Mr. Saadi does not provide the bar numbers to the pitch sequence in PAIN that
correspond to his attached transcriptions of PAIN, from which he took the 5-3-3-3-2-2-1
pitch sequence.  All that he writes is that this pitch sequence from PAIN is set to the
lyrics, "You put me through a lot" as sung by the "lead vocal/voice 1."   (Saadi,
paragraph 40)  In reviewing the transcription of "No More Pain" attached to Mr. Saadi's
report as **Visual Exhibits A** and **C**, and the transcription of "The Reasons Why"
attached to his report as **Visual Exhibit E**, I found only one (1) iteration of the sequence
of pitches set to those lyrics and in Voice 1:  that single iteration is in bars 38-39 in
PAIN.  I did not find any other iterations of the 5-3-3-3-2-2-1 sequence of pitches set to
the lyrics, "You put me through a lot" in Voice 1.  Thus, it appears that this pitch
sequence in Voice 1 in PAIN only occurs one (1) time in the entirety PAIN, representing
a minimal portion of PAIN.

52.   We start with a comparison between the pitch sequence in PAIN and the first
pitch sequence in BURN, labeled BURN #1.  The basic pitch contour (i.e., shape) in the
5-3-3-3-2-2-1 pitch sequence in PAIN is 5-3-2-1, a descending pitch sequence from
scale degree 5 to scale degree 1, omitting scale degree 4. By way of difference, the
basic pitch contour in the 5-5-4-3-3-2-1-1-2-2-1 pitch sequence in BURN #1 is 5-4-3-2-
1-2-1.  BURN #1 includes scale degree 4, which is not in the pitch sequence in PAIN.

Moreover, after descending from scale degree 5 through scale degree 1, BURN#1 continues with an additional 2-2-1 pitch sequence, adding greater difference to the pitch sequence in PAIN.

53.   Now turning to BURN #2, the pitch sequence therein (5-4-3-1-2) is also its basic pitch contour.  This is clearly very different than the full pitch sequence in PAIN and very different from the basic pitch sequence in PAIN as charted and discussed above.  For example, BURN #2 includes scale degree 4 but PAIN does not.  Moreover, the sequence of the last two pitches in BURN #2 (1-2) is opposite the sequence of the last two pitches in PAIN (2-1).

54.   There are only 7 pitches or scale degrees in a major scale. That PAIN uses scale degrees 5, 3, 2 and 1 and BURN #1 and BURN #2 use scale degrees 5, 4, 3, 2, and 1 is not surprising given the limited universe of 7 pitches.

55.   Now turning to rhythm, Mr. Saadi fails to present any comparative analysis of the *rhythmic durations* of the pitch sequences.  In fact, the rhythmic durations in the pitch sequence in PAIN are very different as compared with BURN #1 and BURN #2. For example, with respect to BURN #1, the opening four notes are all quarter notes, but by way of significant difference the opening four notes in PAIN are quarter, eighth and two sixteenth notes.  By further way of difference, the remaining three notes in PAIN are two eighth notes and a dotted quarter note, but the corresponding three notes in BURN #1 are a dotted eighth note, a sixteenth note, and an eighth note.  Thus, the rhythmic durations of the pitch sequence in PAIN are very different from the rhythmic durations of BURN #1, as transcribed by Mr. Saadi in the musical example in his report.

56.   Now turning to the rhythmic durations of the pitches in BURN #2, as transcribed by Mr. Saadi in the musical example in his report there are significant differences when compared with the rhythmic durations of the pitch sequence in PAIN as follows:

- The sequence of pitches in PAIN starts on beat 2 of the bar, but BURN #2 starts on beat 4 of the bar;

- BURN #2 starts with two pick-up notes, but PAIN does not;

- The first note in the sequence of pitches in PAIN is a quarter note, but the corresponding first note in BURN #2 is a sixteenth note, which is four times faster than a quarter note;

- The second note in the sequence of pitches in PAIN is an eighth note, but the corresponding second note in BURN #2 is a dotted eighth note, which is 50% longer in duration than an eighth note;

- The second note in the sequence of pitches in PAIN is iterated on beat 3 of the bar, but the second note in BURN #2 is syncopated after the 4th beat of the bar;

- The third note in the sequence of pitches in PAIN is a sixteenth note, but the corresponding third note in BURN #2 is a dotted eighth note, which is three times longer in duration than a sixteenth note;

- The third note in the sequence of pitches in PAIN is iterated on the second half of the third beat, but the third note in BURN #2 is iterated on the downbeat (1st beat) of the next bar;

- The fourth note in the sequence of pitches in PAIN is a sixteenth note tied to an eighth note, which is three times longer in duration than the corresponding fourth note in BURN #2 (which is a sixteenth note);

- The fifth note in the sequence of pitches in PAIN is an eighth note iterated on the second half of beat 4, and while the corresponding fifth note in BURN #2 is also an eighth note, it is iterated on beat 2; and

- While there are seven pitches in the sequence of pitches in PAIN there are only 5 pitches in BURN #2, therefore, there are no pitches in BURN #2 that correspond to the last two pitches in the sequence of pitches in PAIN.

57.  Moreover, Mr. Saadi fails to analyze the chords that sound with the pitch sequences he places in issue.   Those chords (i.e., harmonies) are charted immediately below.


|          | As lettered chords |        |   |   | As Roman numerals |         |
|----------|--------------------|--------|---|---|-------------------|---------|
| PAIN:    | G9(sus4)           | C(add9)|   |   | V9(sus4)  I(add9) |         |
| BURN #1: | F(add9)            | Dm     | G | C | IV(add9)  ii  V  I |         |
| BURN #2: | Am7                | F(add9)|   |   | VI7               | IV(add9)|


58.  As charted above, three of the four chords in BURN #1 are different from the 2 chords in PAIN; only the last C chord in BURN #1 is similar to the C(add9) chord in PAIN.  Furthermore, the harmonic rhythm (i.e., rate of change in the chords during the respective sequences of pitches) is different:  2 chords sound with the pitch sequence in PAIN but 4 chords sound with the pitch sequence in BURN #1.  Thus, overall, the harmony that sounds with the pitch sequences in PAIN and BURN #1 is very different.

59.  Now turning to the harmony in BURN #2, although the harmonic rhythm is 2 chords each in BURN #2 and PAIN, the chords are different.

60.  The aggregate of substantial differences in (1) sequences of pitches, (2) rhythmic durations, and (3) harmony are easily heard when these portions of the sound recordings in PAIN and BURN#1 and PAIN and BURN #2 are placed side-by-side on Track 5 of **Audio Exhibit 2** attached to this report.

61.  Thus, in my professional opinion, there are no musicological grounds upon which one can base a finding of any relevant similarity or copying in what Mr. Saadi has identified as his second pitch sequence similarity in PAIN and BURN.

62.  In order to establish the commonplace status of the minimal similarity in these pitch sequences, I provide a number of prior art examples.  Given the significant

differences in the pitch sequences in PAIN as compared with BURN #1 and BURN #2, the following prior art works have pitch sequences that represent the distilled similarity between the pitch sequences in PAIN s compared with BURN #1 and BURN #2.   of pitches in BURN #1/BURN #2 and PAIN.  Moreover, insofar as there is also a significant aggregate of differences in the rhythms and harmonies,  the similarity sought in the prior art works is limited to a descending scale degrees 5 through 1, skipping scale degree 4 (which is the case in PAIN) or including scale degree 4 (which is the case in BURN).

63.  To begin, I have attached as **Visual Exhibit E**, excerpts from a total of 22 folk songs and classical works which incorporate similar pitch sequences.  Scale degrees identifying those pitches are hand-written over the corresponding notes.

64.  In addition, the following fourteen (14) popular songs include similar pitch sequences.  Published sheet music is attached in **Visual Exhibit F**.  Scale degrees are hand-written over the corresponding notes.

- **\***"One Sweet Day", 1995, recorded by Mariah Carey and Boyz II Men;
- **\***"Stay", 1960, written by Maurice Williams, recorded by Frankie Valli & The Four Seasons;
- **\***"My Heart Will Go On (Love Theme from *Titanic*)",1997, recorded by Celine Dion;
- **\***"The Greatest Love of All", 1977, recorded by George Benson and later by Whitney Houston[23];
- **\***"Breathe Again", 1993, written by Babyface, recorded by Toni Braxton;
- **\***"Slow Jam", a cover version in 1997 by Usher;
- "Beyond The Sea", 1945, with a cover version in 1959 by Bobby Darin;
- "So Blessed", 1991, recorded by Mariah Carey;
- "Dreamlover", 1993, recorded by Mariah Carey;
- "If It's Over", 1991, recorded by Mariah Carey;
- "American Pie" (released in1971by Don McLean)[24];

---

[23] The sheet music to "The Greatest Love of All" in **Visual Exhibit F** is from a transcription provided by Plaintiff's expert, Barry Downes.

- "Pinball Wizard" (© 1969, written by Pete Townshend, a cover in 1975 by Elton John)[25];
- "Dixie Flyer" (released in 1988 by Randy Newman)[26] ; and
- "So Blessed", 1991, recorded by Mariah Carey.

65.   The first six (6) musical compositions listed immediately above are marked with a double asterisk (**) to signify that these six musical compositions contain pitch sequences of pitches with similarities to *both* pitch sequences placed in issue by Mr. Saadi.

66.   With respect to Mr. Saadi's second pitch sequence similarity, in addition to the fourteen prior art works listed immediately above, two more popular songs incorporate a similar pitch sequence.  "Don't Take Me Down" (1992) was discussed earlier in this report in connection with its 18-bar Introduction.  It also includes the following pitch sequence sung by the lead vocalist commencing at approximately 1:29 into the sound recording.  Scale degrees are marked above the corresponding pitches.

**"Don't Take Me Down" at 1:29**



---

[24]   The published sheet music for "American Pie" is in **Visual Exhibit A** (not **Visual Exhibit F**) because it also has an 18-bar Introduction.  The sound recording is attached as Track 5 on **Audio Exhibit 1**.

[25]   Sheet music of the Introduction and other parts of "Pinball Wizard" as performed by Elton John is from www.EltonsCafe.com and is in **Visual Exhibit A** (not **Visual Exhibit F**) because this version of "Pinball Wizard" also has an 18-bar Introduction. The sound recording is attached as Track 7 on **Audio Exhibit 1**.

[26]   The published sheet music for "Dixie Flyer" is in **Visual Exhibit A** (not **Visual Exhibit F**) because it also has an 18-bar Introduction.  The sound recording is attached as Track 8 on **Audio Exhibit 1**.

67.  "Whispers" was released by Usher in 1994.  Usher sings the following pitch sequence commencing at approximately 4:31 into the sound recording.  Scale degrees are marked above the corresponding pitches.

**"Whispers" at 4:31**



68. Thus, 22 folk and classical works and 16 popular songs, for a total of 38 prior art works, have been presented regarding Mr. Saadi's second pitch sequence similarity. These 38 prior art works establish that the similarity in pitch sequences in PAIN and BURN is commonplace.  Furthermore, this minimal and commonplace pitch sequence similarity is set to significantly different rhythmic durations and chords.  Thus, the differences in the musical expression in and surrounding Mr. Saadi's second pitch sequence far exceed the scant similarity.

"Harmonic Progressions"

69.  Following what Dr. Keyes referred to as "Motif H," Mr. Saadi finds "substantial similarity" in the harmonic progressions in PAIN and BURN.  However, as charted by him and discussed in paragraphs 42-43 in his report, there are many differences between the harmonic (i.e., chord) progressions in PAIN and BURN. Immediately below, I copy the chord progressions as charted by Dr. Saadi on page 12 of his report.

| PAIN: | Iadd9 | vi7 | IV7 | Vsus9 | Iadd9 | vi11 | IV7 | Vsus9 |
|-------|-------|-----|-----|-------|-------|------|-----|-------|
| BURN: | I | vi7 | IV9 | IV | I | vi7 | IV9 | ii-V |

70.  While I don't agree with Mr. Saadi's labeling of many of the chords in his chart as copied immediately above, for argument sake, I will use those chords as he has presented them.  First, the chord progression in PAIN is 4 bars in length.  It consists of four chords, one chord per bar, that essentially repeat in bars 5-8.  By way of difference, the chord progression in BURN is 8 bars in length and its harmonic rhythm is different from that in PAIN because it doesn't have one chord per bar.  Instead, the harmonic rhythm in BURN regularly features the IV chord for 2 bars, and the ii and V chords occupying a single bar.  Mr. Saadi's chart and analysis fail to acknowledge these differences.

71.  In addition, the chord progressions in PAIN and BURN develop differently: the 4-bar chord progression in bars 1-4 in PAIN essentially repeat in bars 1-5, as noted above.  But in BURN, the IV chord is extended over bars 3 and 4, and the eighth bar, consisting of two chords, ii-V, represents is a different development as compared with the chord progression in PAIN.  Furthermore, the Vsus9 chord in bars 4 and 8 in PAIN is very different from the IV chord in bar 4 in BURN and from the ii-V chords in bar 8 in BURN.

72.  The harmonic similarity as charted by Mr. Saadi is limited to three chords:  I vi and IV chords, with differences in the extended notes in the I chord (an "add9" in PAIN but not in BURN) and in the IV chord (an added "7" in PAIN but an added "9" in BURN).   Even if BURN and PAIN used the same basic I vi IV V chord progression, and they do not, the I-vi-IV-V chord progression is commonplace, and one of the most recognizable chord progressions in popular music.  As noted in my report dated October 26, 2010, countless individuals have initially been introduced to playing the piano by learning and playing the chord progression in "Heart and Soul," which consists of the I vi IV V chord progression.  In addition, widely recognized songs such as "Let's Twist Again," "Hushabye," and "A Teenager in Love" also incorporate the I vi IV V chord

27

progression.  Moreover, sheet music to four more songs reflect this commonplace chord progression:  "Beyond the Sea," "Every Breath You Take" (composed by Sting and recorded by The Police), "Stay," and "So Blessed" recorded by Mariah Carey. The published sheet music for "Beyond the Sea" and "So Blessed" is in **Visual Exhibit F** because they also incorporate Mr. Saadi's second pitch sequence similarity.  The sheet music to "Stay" is in **Visual Exhibit D** because it also incorporates Mr. Saadi's first pitch sequence similarity.  The sheet music to "Every Breath You Take" is in **Visual Exhibit I**.

73.  Mr. Saadi concedes that "Though this chord progression is not at all uncommon…" (paragraph 43) he adds, "[this chord progression] is another example of a substantial similarity between these two songs."  Given the commonplace status of the similarities and the differences as charted and discussed by Mr. Saadi, there is no musicological support for finding that the chord progressions are "substantially similar."

<u>"Use and Placement of Melisma"</u>

74.  Following Dr. Keyes' analysis of what she termed "Motif G," in paragraph 45 of his report Mr. Saadi notes:  "I find the use and placement of melismas in these two songs to be yet another substantial similarity between them."  A 'melisma' is a group of notes sung to a single syllable.  This building block technique dates back to, at least, the creation and singing of Gregorian chant more than a thousand years ago.  This technique has been used in vocal music throughout the centuries since then and is very commonplace in pop music, including contemporary R&B.

75.  Mr. Saadi does not provide any comparative analysis of the pitch sequences or the rhythmic durations in the melismas he discusses.  Instead, Mr. Saadi opines that (1) the use of the commonplace technique of melismatic singing combined with (2) its occurrence in the final Chorus section preceding a fade out in PAIN and BURN are sufficient grounds to find substantial similarity.

76.  The melismas Mr. Saadi identifies in Pain and BURN are significantly different in their pitch sequences and rhythmic durations.  Moreover, Mr. Saadi does not identify any other portion of PAIN in which this melisma occurs.  Therefore, as a 1-time occurrence near the end, this melisma represents a miniscule part of PAIN.

77.  Immediately below I provide a comparative chart of the scale degrees in the melisma in PAIN (singing multiple notes on the syllable "right") and in the melisma in BURN (singing multiple notes on the syllable "turn" and then on "oh").


PAIN melisma on "right":             6-5-6-5-6-5-4-3-2-3-2-1-6

BURN melismas on "turn" and "oh":    6-5-4-3-2-1-3-2-1


The only similarity in the pitch sequences charted above, a descending major scale on scale degrees 6-5-4-3-2, is dislocated in PAIN as compared with BURN:  in PAIN this descending major scale starts on the fifth pitch in the sequence, but in BURN it starts on the first pitch in the sequence.   Furthermore:

- In the melisma in BURN, the pitches descend directly to scale degree 1 from scale degree 6, but in PAIN the pitches descend from scale degree 6 only to scale 2, then move back up to scale degree 3 before finally descending to scale degree 1;

- The melisma in PAIN opens with oscillating scale degrees 6 and 5 (6-5-6-5-6-5), but there is no such repeating oscillation of scale degrees 6 and 5 in the melisma in BURN; and

- The melisma in BURN ends on scale degree 1, but the melisma in PAIN ends on scale degree 6.

78.  In addition to the omission of any analysis of the pitch sequences in the melismas he places in issue, Mr. Saadi fails to provide any analysis of their rhythmic durations.  In fact, the rhythmic durations of the pitch sequences in the melismas in PAIN and BURN are significantly different.  For example:

- The first note in the melisma in PAIN is a tied half note, which is five times longer in duration than the corresponding first note in the melisma in BURN, which is an eighth note;

- The first notes in the melisma in PAIN is iterated on beat 3, but the first note in the melisma in BURN is iterated on the second half of the 4th beat of the bar;

- The second note in the melisma in PAIN is a sixteenth note, but the second note in the melisma in BURN is a dotted quarter note, which is six times longer in duration than a sixteenth note;

- The second note in the melisma in PAIN is iterated on the second half of the first beat, but in the melisma in BURN the second note is iterated on the downbeat;

- The third note in the melisma in PAIN is a sixteenth note, but the third note in the melisma in BURN is an eighth note, which is two times longer in duration than a sixteenth note;

- The third note in the melisma in PAIN is iterated on the last sixteenth portion of beat 1, but the third note in the melisma in BURN is iterated on the second half of beat 2;

- The fourth note in the melisma in PAIN is an eighth note, but the fourth note in the melisma in BURN is a dotted quarter note, which is three times longer in duration than an eighth note;

- The fourth note in the melisma in PAIN is iterated on beat 2, but the fourth note in the melisma in BURN is iterated on beat 3;

- The fifth and sixth notes of the sequence end the first full bar in the melisma in BURN as sixteenth notes, but the corresponding first full bar in the melisma in PAIN ends with a single syncopated eighth note, tied over the bar, and which is three times longer in duration than a sixteenth note;

- The first note in the next full bar in the melisma in PAIN is an eighth note, but the corresponding first note in the next bar in the melisma in BURN is a dotted quarter note, which is three times longer in duration than an eighth note;

- Staying with the corresponding first notes in the "next full bar," in the melisma in PAIN the first note is syncopated and thereby iterated off the beat, but the first note in the melisma in BURN is iterated on the downbeat;

- The next note in the melisma in PAIN is a sixteenth note, but the corresponding next note in the melisma in BURN is an eighth note, which is two times longer in duration than a sixteenth note;

- Staying with the corresponding second notes in the second full bar, the second note in the melisma in PAIN is iterated on the last sixteenth portion of beat 1, but the second note in the melisma in BURN is iterated on the second half of beat 2;

- The last note in the melisma in BURN is an eighth note, but the corresponding next note in the melisma in PAIN is a sixteenth note, which is half the duration of an eighth note; and

- Staying with the last note in the melisma in BURN, it is iterated on beat 3 but the corresponding note in the melisma in PAIN is iterated on beat 2; and

- There are no notes in the melisma in BURN that correspond to the last three notes in the melisma in PAIN, and the aggregated rhythm in the last three notes in the melisma in PAIN is different than any set of three notes in the melisma in BURN.

79.  On the basis of my analysis and review of Mr. Saadi's presentation in paragraphs 44 and 45 of his report, it is my professional opinion that there are no musicological grounds upon which one can base a finding of any relevant similarity or copying in what he has identified as melismas in PAIN and BURN.

80.  In order to establish that the idea of the "use and placement" of melismas in PAIN and BURN as presented by Mr. Saadi is not unique or original, first we turn to

"Slow Jam," a 1983 composition, and specifically, to the 1997 Usher cover of that song attached as Track 9 on **Audio Exhibit 1**.  A melisma is incorporated in the lead vocal part on the single-syllable word, "dance" in the final hook/chorus preceding the fade out. While Mr. Saadi finds the use of this commonplace idea "highly unlikely to be a coincidence" (Saadi, paragraph 45), its use in "Slow Jam" and many other works is commonplace.  The melisma in the 1997 Usher cover of "Slow Jam" consists of the following sequence of pitches:  1-7-6-5-6-5.  In fact, this is just one of the melismas in the final Chorus in "Slow Jam" sung by the lead singers, Usher and Monica, preceding the fade out.  A chart of the sequences of pitches in the melismas in "Slow Jam," PAIN, and BURN is presented immediately below.

PAIN melisma:          6-5-***6-5-6-5***-4-3-2-3-2-1-6

"Slow Jam" melisma:    1-7-***6-5-6-5***

BURN melisma:          6-5-4-3-2-1-3-2-1

81.  The third, fourth, fifth and sixth pitches in the melismas in PAIN and "Slow Jam" are identical as highlighted in the chart immediately above:  ***6-5-6-5***.  On the other hand, there is no sequence of four *corresponding* pitches that are identical in the melismas in PAIN and BURN.  One would have to surgically remove the first four notes of the melisma in PAIN in order to have the next five pitches correspond to the opening five pitches in the melisma in BURN.  That manipulation and surgery notwithstanding, the similarity between the melismas in PAIN and BURN would still be no more than a simple descending major scale, which is a building block in music, set to very different rhythmic durations.

82.  Clearly, there are no more similarities in the sequences of pitches between the melismas in PAIN and "Slow Jam" than exist in the melismas in issue in PAIN and BURN.  Furthermore, the differences in the rhythmic durations in the melismas in PAIN and "Slow Jam" are no greater than the differences in the rhythmic durations in the

melismas in PAIN and BURN.  Yet, their "use and placement" in the final Chorus preceding the fade out is the sam, which according to Mr. Saadi's methodology, makes the melismas in PAIN and "Slow Jam" substantially similar.  However, in my professional opinion, there is no musicological support for a finding that the melismas in PAIN and "Slow Jam" are substantially and, likewise, no musicological support for a finding that the melismas in issue in PAIN and BURN are substantially similar.

83.  In fact, in the original 1983 release of "Slow Jam" by the group, Midnight Star, the lead vocal sings melismas in the final Chorus preceding a fade out.  This is demonstrated on Track 10 on **Audio Exhibit 1**.  In addition to these "Slow Jam" versions that incorporate the "use and placement" of melisma :

A.  There are melismas on the single syllable word, "down" during the final Chorus within a fade at 4:22, 4:26, 4:29 and 4:33 in **"Don't Take Me Down"** discussed earlier in this report and attached as Track 1 on **Audio Exhibit 1**;

B.  There is a melisma on the single vowell "a" (pronounced as the "a" in "hat") after the word, "darling" at 4:04 in the final Chorus preceding the fade out in **"Can't Get Enough of Your Love, Babe"** by Barry White, discussed earlier in this report and attached as Track 2 on **Audio Exhibit 1**;

C.  There is a melisma on the single syllable word, "love" at 4:32 during the final Chorus preceding the fade out in **"Little Jeannie"** by Elton John discussed above and attached as Track 11 on **Audio Exhibit 1**;

D.  There are numerous melismas in the final Chorus preceding a notable thinning of the texture and slight fade in **"One Sweet Day"** recorded by Mariah Carey and Boyz II Men discussed above and attached as Track 12 on **Audio Exhibit 1**;

E.  There are melismas (1) on the single syllable word, "on" at 3:40 and (2) on the single syllable word, "and" at 4:02 in the final Chorus preceding a slight

fade out in **"My Heart Will Go On (Love Theme from *Titanic*)"** recorded by Celine Dion and attached as Track 13 on **Audio Exhibit 1**; and

**F.** There are multiple melismas in the final Chorus preceding a fade out in **"Whispers"** by Usher (1994) attached as Track 14 on **Audio Exhibit 1.**

84.   The melismas that Mr. Saadi identifies in Pain and BURN are significantly different in their pitch sequences and rhythmic durations.  Moreover, Mr. Saadi does not identify any other portion of PAIN in which the melisma he places in issue occurs. Therefore, as a 1-time occurrence near the end of PAIN, this melisma represents a miniscule part of PAIN.

85.   As demonstrated above, pitch sequences in the melismas in PAIN and BURN identified by Mr. Saadi have many pitch differences and at most, their only similarity is a portion of a descending major scale interrupted in PAIN but not in BURN. Furthermore, this minimal and commonplace pitch sequence similarity is set to significantly different rhythmic durations and each melisma is only heard one time in the entirety of each song.  Thus, all that Mr. Saadi's melisma similarity represents is the idea of incorporating a melisma in a final Chorus preceding a fade out.  As demonstrated above, that idea has been commonly used and the use of this idea in BURN does not, in any way, suggest that BURN copied this idea from PAIN.

 "Other notable similarities"

86.   Mr. Saadi opines that there are "A number of other substantial similarities…" (Saadi, paragraph 46)  The first purported "other" substantial similarity he offers is that PAIN "…at bars 111through 114…has modulated [i.e., changed its key] to the key of D-flat, and *Burn*, at that locale, is likewise in the key of D-flat."  However, Mr. Saadi fails to note that the entirety of BURN is in the key of D-flat: BURN begins and ends in D-flat without any modulation (change of key).  By way of difference, the Reel Tight album version of "No More Pain" is in the key of B major, modulates to the key of C major at bar 91, and then modulates a second time to the key of D-flat major at bar 107, based on the transcription of "No More Pain" Mr. Saadi adopted and attached to his report as **Visual Exhibit A**.  Thus, Mr. Saadi appears to be attempting to offer a "similarity"

regarding "key" that in fact, represents differences between "No More Pain" and BURN. Notably:

- "No More Pain" is in the key of B major but BURN is in the key of D-flat major and
- "No More Pain" has two modulations but BURN does not have any modulations.

Thus, as a matter of sheer and obvious coincidence, the "No More Pain" modulates to D-flat major which is not the same as BURN's being in the key of D-flat major for its entirety.

87.  In my opinion, there is no musicological support for Mr. Saadi's finding that these dissimilarities in key and modulation represent a "substantial similarity."

88.  Further, modulation near the end of "No More Pain" represents a commonplace arranging idea.  For example, a modulation in the Chorus section is near the end of "Looks Like We Made It" recorded by Barry Manilow in 1976.  As demonstrated in the sheet music (attached in **Visual Exhibit G**), "Looks Like We Made It" is in the key of C major and the final Chorus modulates to *D-flat major*.  Other examples of modulations near the endnig Chorus include "Groovy Kind Of Love" with multiple cover versions including the 1986 Phil Collins hit, and "Can't Let Go" recorded by Mariah Carey and released as a single from the 1991 *Emotions* album.[27]

89.  At the end of paragraph 46 Mr. Saadi writes: "The fade ending of both songs consists of playing the substantially copied hook chorus."   I must assume that what Mr. Saadi means is (1) *within PAIN*, the ending Chorus "substantially copies" the earlier Chorus *within PAIN* and (2) *within BURN*, the ending Chorus "substantially copies" the earlier Chorus *within BURN*.  Thus, I believe that Mr. Saadi is simply stating that expression in the final Chorus within PAIN is based on expression in an earlier Chorus. Of course, that is why they are both termed "Chorus."

---

[27]  Published sheet music to "Groovy Kind of Love" and "Can't Let Go" is attached in **Visual Exhibit G**.

90.  On the other hand, if this statement at the end of his paragraph 46 suggests that the "hook chorus" in BURN "substantially copied" the "hook chorus" in PAIN, then I believe any reader of his report will find that he has not offered any musicological support for that conclusory statement.  In fact, the first pitch sequence from PAIN he places in issue is from a "harmonizing voice" which can hardly represent the "hook chorus."  Moreover, the second pitch sequence is minimal and only appears to occur one time in the entirety of PAIN, thereby not possibly representing the "hook chorus."

91.  The final "substantial similarity" Mr. Saadi offers in this section, in his paragraph 47, is that PAIN and BURN are in a "contemporary R&B" style category. However, countless songs, many by major artists, are in a "contemporary R&B" style. There is no musicological support for finding that PAIN and BURN are "substantially similar" on the basis that they are in a contemporary R&B style. It appears that Mr. Saadi believes that BURN copied the use of the contemporary R&B genre from PAIN. Of course, Usher composed and performed contemporary R&B songs prior to 1998, including his 1997 cover of "Slow Jam" analyzed earlier in this report and "Whispers," which see below, was released in 1994.

"Combination of similar elements"

92.  In paragraph 49, Mr. Saadi opines that the combination of similar elements in PAIN and BURN "…is sufficiently numerous, unique and complex as to make the two songs "strikingly similar"…"  However, on the basis of musicological analysis of PAIN and BURN and the assessment of Mr. Saadi's report, it is my professional opinion that Mr. Saadi finds substantial similarities and striking similarities based solely on (1) musical ideas and building blocks, (2) and pitch sequences in which there are differences in the sequences of pitches, differences in the rhythmic durations and metrical placements of those pitches, and differences in the harmonies that sound with those pitches.  Mr. Saadi fails to offer analyses of either the rhythmic elements or the harmony (chords).  Consequently, he has not proffered any musicological support for finding PAIN and BURN substantially similar or for finding PAIN and BURN strikingly similar.

93.  Many prior art works presented earlier in this report incorporate *combinations* of the purported similarities Mr. Saadi proffers.  In response, I provide categories of various combinations of purported similarities and prior art works that incorporate combinations thereof.

<u>Combination of both pitch sequences</u>

94.  Transcribed immediately below is a portion from a violin Sonata by Domenico Dall'Oglio (b.1700-d.1764).  It combines the 5 4 3 2 1 and 1 7 1 2 3 2 1 pitch sequences and follows with a 5 4 3 2 1 pitch sequence.

**Domenico Dall' Oglio, "Sonata"**



95.  Six prior art works from popular genres presented earlier in this report incorporate similarities to both pitch sequences.  Hand-written scale degrees are marked on the scores attached in visual exhibits:

- "One Sweet Day", 1995, recorded by Mariah Carey and Boyz II Men (sheet music is in **Visual Exhibit D**);

- "Stay", 1960, written by Maurice Williams, recorded by Frankie Valli & The Four Seasons (sheet music is in **Visual Exhibit D**);

- "My Heart Will Go On (Love Theme from *Titanic*)",1997, recorded by Celine Dion (sheet music is in **Visual Exhibit D**);

- "The Greatest Love of All", 1977, recorded by George Benson and later by Whitney Houston (sheet music is in **Visual Exhibit H**)[28];
- "Breathe Again", 1993, written by Babyface, recorded by Toni Braxton (sheet music is in **Visual Exhibit D**); and
- "Slow Jam", 1983, with a cover version in 1997 by Usher (sheet music is in **Visual Exhibit D**).

<u>Combination of three or more purported similarities</u>

96.  "Slow Jam," recorded by Usher in 1997, incorporates a combination of similarities placed in issue by Mr. Saadi including:

- Pitch sequence #1;
- Pitch sequence #2;
- "Use and placement of a melisma" in the final Chorus preceding a fade out; and
- Is in a "contemporary R&B style."

97.  "One Sweet Day," recorded by Mariah Carey and Boyz II Men in 1995 incorporates a combination of similarities placed in issue by Mr. Saadi including:

- Pitch sequence #1;
- Pitch sequence #2;
- "Use and placement of a melisma" in the final Chorus preceding a substantial thinning of the texture and slight fade out; and
- Is in a "contemporary R&B style."

98.  "My Heart Will Go On (Love Theme from *Titanic*)" recorded by Celine Dion incorporates a combination of similarities placed in issue by Mr. Saadi including:

- Pitch sequence #1;
- Pitch sequence #2; and
- "Use and placement of a melisma" in the final Chorus preceding a slight fade out.

---

[28]  The sheet music to "The Greatest Love of All" attached in **Visual Exhibit H** was presented by Plaintiff's music expert Barry Downes.

99.  "Don't Take Me Down," recorded by the group, Wilson Phillips in 1992 incorporates a combination of similarities placed in issue by Mr. Saadi including:

- 18-bar Introduction;
- Introduction divided into a 10-bar segment followed by an 8-bar segment;
- Full drum beat enters at bar 11;
- Guitar enters with "plucked" arpeggio as a pickup to bar 5;
- Verse 1 is 16 bars in duration;
- Pitch sequence #2; and
- "Use and placement of a melisma" in the final Chorus within a fade out.

100.  "The Greatest Love of All" as recorded by Whitney Houston in 1986 incorporates a combination of similarities placed in issue by Mr. Saadi including:

- Pitch sequence #1;
- Pitch sequence #2; and
- "Is in an "R&B style."

101.  "Whispers" composed and recorded by Usher in 1994 incorporates a combination of similarities placed in issue by Mr. Saadi including:

- Pitch sequence #2;
- "Use and placement of melisma" in the final Chorus preceding a fade out; and
- "Is in an "R&B style."

102.  "Breathe Again" written by Babyface and recorded by Toni Braxton in 1993 incorporates a combination of similarities placed in issue by Mr. Saadi including:

- Pitch sequence #1;
- Pitch sequence #2;  and
- "Is in an "R&B style."

103.  "Stay," written in 1960 and recorded by Franki Valli and the Four Seasons incorporates a combination of similarities placed in issue by Mr. Saadi including:

- Pitch sequence #1;
- Pitch sequence #2;  and
- A "I vi IV V harmonic progression."


## DISCUSSION REGARDING THE REPORT OF BARRY E. DOWNES

104.  Mr. Downes completed a search for prior art in his database of approximately 80,000 musical compositions.  Inputting that many compositions into a database no doubt requires considerable effort and time.  However, in comparison to the millions of musical compositions that are available on iTunes (purportedly around 13 million) and other sites and collections, Mr. Downes' database represents only a fraction of the overall corpus of music and cannot be considered all-inclusive.

105.  Following the first set of pitch sequences in Mr. Saadi's report (Saadi, paragraphs 37-39), Mr. Downes searched for the pitch sequence in PAIN.  However, he did not find a single composition with the same pitch sequence.  In a "revised search" in which the sequences were adjusted, Mr. Downes found 9 musical compositions.   Next, Mr. Downes conducted a search for the pitch sequence in BURN, which Mr. Downes explains as follows:  "…the sequence 1 -7 1 -7 1 2 3 -2 -1, which I conducted with an intervalic search pattern of , -1, 1, -1, 1, 2, 2, -2, -2." (Downes, page 4 at letter B)  In this search related to the pitch sequence in BURN, Mr. Downes found a total of **101** musical compositions.

106.  There was no overlap in the prior art related to PAIN and the prior art related to BURN.  Furthermore, the large number of prior art works (101) related to BURN suggests that the sequence of pitches in BURN is commonplace but the sequence in PAIN is not.   This difference in prior art findings with respect to the pitch

sequence in PAIN and the pitch sequence in BURN underscores the *differences* in the pitch sequences in issue in PAIN and BURN.

107.  The next prior art search by Mr. Downes was directed at the second set of pitch sequences placed in issue by Mr. Saadi.  (Saadi, paragraphs 40-41)  Mr. Downes searched for the pitch sequence in PAIN, which Mr. Downes labels, 5 4 4 4 2 2 -1, noting that he conducted his search "with an intervalic search pattern of , -3, 0, 0, -2, 0, -2."  (Downes, page 4 at letter C)  Mr. Downes found a total of **94** musical compositions. Next, Mr. Downes conducted a search for the pitch sequence in BURN, which he explains as follows:  "…as appearing in *Burn*—the sequence 5 5 -4 -3 3 -2 2 -1 1 2 2 -1, which I conducted with an intervallic search pattern of , 0, -2, -1, 0, -2, -2, 0, 2, 0, -2." As a result of this search, zero (**0**) no musical compositions were found.

108.  Thus, as was the case with respect to the first pitch sequences, there was no overlap in the prior art related to PAIN and the prior art related to BURN. Furthermore, the relatively large number of prior art works (94) related to PAIN suggests that this sequence of pitches in PAIN is commonplace.  A zero (0) search result related to the pitch sequence in BURN suggests that its sequence is not commonplace at all. This difference in prior art findings with respect to the pitch sequence in PAIN and the pitch sequence in BURN underscores the *differences* in these pitch sequences.

109.  Mr. Downes' prior art searches are quantitative, i.e., by the numbers, in the form of pitch sequences represented as scale degrees.  His reported search results in his report do not engage the substantially different rhythmic durations to which the pitches are set or the substantially different chords that surround and sound with the pitch sequences that Mr. Saadi placed in issue.

110.  On that basis, in my professional opinion, Mr. Downes' report supports my finding that the there are differences in the sequences of pitches at issue in PAIN and BURN.  Furthermore, his search seems to confirms that the second sequence of pitches

in PAIN is not original.  His report does not add anything regarding the rhythmic and harmonic differences.

111.  My search for prior art regarding the pitch sequences was informed by the (scant) similarity in pitch sequence shared by PAIN and BURN.  Thus, I found numerous examples of prior art that have a similarity in pitch sequence based on the similarity in pitch sequence shared by PAIN and BURN.

## CONCLUSIONS

112.  Mr. Saadi's report is in essence a subset of the report of Dr. Cheryl L. Keyes, a report which I understand the Court excluded.  Although Mr. Saadi does not mention several similarities identified by Dr. Keyes, virtually every one of the purported similarities that he does present comes from Dr. Keyes' report. Like Dr. Keyes, Mr. Saadi finds substantial similarities and striking similarities based solely on (1) musical ideas and building blocks, (2) and pitch sequences in which there are differences in the sequences of pitches, differences in the rhythmic durations and metrical placements of those pitches, and differences in the harmony that sounds with and surrounds those pitches.  And, like Dr. Keyes, Mr. Saadi fails to offer comparative analyses of either the rhythmic durations or the harmonies.

113.  When one strips away the similarities in musical ideas and building blocks, all that is left are sequences of pitches that are not the same.  Moreover, when one strips away the different pitches in the pitch sequences, the similarity that is left is minimal and commonplace.

114.  Prior art presented above demonstrates the commonplace status of the purported similarities presented by Mr. Saadi.  Furthermore, Mr. Downes' report underscores the differences in the pitch sequences placed in issue by Mr. Saadi. In addition, Mr. Downes' prior art searches suggest that the first pitch sequence in BURN (with 101 finds), the second pitch sequence in PAIN (with 94 finds), and the second iteration of the second pitch sequence in BURN (with 488 finds) are commonplace.

115.  Any similarities between PAIN and BURN are heard within the context of significant differences that far exceed the minimal and commonplace similarity between them.  As noted in my report dated October 26, 2011, "In their entirety, PAIN and BURN are very different composition." (Ferrara, paragraph 35)

116.  On the basis of my musicological analyses and review of the reports of Mr. Saadi and Mr. Downes, it is my opinion that PAIN and BURN do not share any significant structural, harmonic, rhythmic, melodic, or lyrical similarities, individually or in the aggregate.  Furthermore, there are no musicological grounds to support a claim that PAIN and BURN are either substantially similar or strikingly similar.

117.  On the basis of my musicological analysis and review of Mr. Saadi's and Mr. Downes' reports, the minimal and commonplace similarities in PAIN and BURN do not suggest that BURN copied or was influenced by any expression in PAIN, and (3) any similarities in PAIN and "Burn" are the result of coincidence.


Respectfully submitted:


July 5, 2011                              By:   Lawrence Ferrara, Ph.D.


                                          _____