Peter J. Anderson, Esq., Cal. Bar No. 088891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040
Attorney for Defendants
SONY MUSIC ENTERTAINMENT,
ARISTA RECORDS LLC,
ZOMBA RECORDING LLC,
and LAFACE RECORDS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNEST LEE STRAUGHTER, | ) | Case No. CV08-2170 CAS (CWx) |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF JOINDER IN OPPOSITION TO PLAINTIFF'S REQUEST FOR TEMPORARY RESTRAINING ORDER |
| USHER RAYMOND IV, *etc., et al.*, | ) | |
| Defendants. | ) | |
| | ) | Courtroom of the Honorable Christina A. Snyder United States District Judge |
| AND COUNTERCLAIMS AND CROSS-CLAIMS | ) | |

1   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2        **PLEASE TAKE NOTICE** that defendants Sony Music Entertainment, Arista

3   Records LLC, Zomba Recording LLC and LaFace Records, LLC join in the

4   Opposition of defendants Usher Raymond IV, Jermaine Dupri Mauldin, EMI April

5   Music Inc., UR-IV Music, Inc., So So Def Productions, Inc., W.B.M. Music Corp.,

6   Bryan Michael Cox and Babyboys Little Publishing Company, to plaintiff Ernest

7   Straughter's *ex parte* "Emergency" Request for a Temporary Restraining Order.

8                                                   Respectfully submitted,

9

10  Dated: June 26, 2013

                                          /s/ Peter J. Anderson
                              _____
11                                       Peter J. Anderson, Esq.
                              LAW OFFICES OF PETER J. ANDERSON
12                                      A Professional Corporation
                                         Attorney for Defendants
13                              SONY MUSIC ENTERTAINMENT
                                        ARISTA RECORDS LLC,
14                                     ZOMBA RECORDING LLC,
                                     and LaFACE RECORDS, LLC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          1

1

<u>PROOF OF SERVICE</u>

2

<u>STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</u>

3

    I am employed in the County of Los Angeles, State of California and my
business address is 100 Wilshire Boulevard, Suite 2010, Santa Monica, CA  90401.  I
am over the age of 18 and not a party to this action.

4

5

    On June 26, 2013, I served the foregoing document described as **NOTICE OF
JOINDER IN OPPOSITION TO PLAINTIFF'S EMERGENCY REQUEST FOR
TEMPORARY RESTRAINING ORDER**, on interested parties in this action by
placing a true copy thereof enclosed in a sealed envelope at Santa Monica, California,
addressed as follows:

6

7

8

Ernest Lee Straughter
3845 Polk Street, Apt. 131
Riverside, CA 92505

9

10

[with courtesy copies by e-mail to
Ernest Lee Straughter at ernest.straughter@yahoo.com]

11

12

[X]    I caused such envelope with postage thereon fully prepaid to be placed in
the United States mail.  I am "readily familiar" with the firm's practice of
collection and processing of correspondence for mailing with the United States
Postal Service.  Correspondence for mailing is deposited with the United States
Postal Service on that same day in the ordinary course of business.   The
foregoing document was sealed and placed for collection and mailing on the
foregoing date, following the firm's ordinary practices.   I am aware that on
motion of any party served, service is presumed invalid if the postal cancellation
date or postage meter date is more than one day after the date of deposit for
mailing in the affidavit.

13

14

15

16

17

18

[ ]    I caused such envelope to be delivered by hand to the offices of the
addressee.

19

20

[ ]    I placed such envelope in a box or other facility regularly maintained by
Federal Express, in an envelope or package designated and provided by Federal
Express, with delivery fees paid or provided for, addressed to the above-
indicated addressees.

21

22

23

[ ]    I caused a copy of the foregoing document to be faxed to the addressee.

24

    Executed on June 26, 2013 at Santa Monica, California.  I declare under penalty
of perjury that the above is true and correct.

25

                              /s/ Peter J. Anderson

26

                    _____

27

28

2